IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EXXONMOBILE CORP., § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION NO.H-10-2258 |
| § | |
| ELECTRICAL RELIABILITY § | |
| SERVICES, INC., *et al.*, § | |
| Defendants. § | |

**FINAL JUDGMENT**

On May 1, 2012, a bench trial was held in the the above-styled case. On June 22, 2012, the Court issued its findings of fact and conclusions of law. For the reasons stated in the Court's findings of fact and conclusions of law, judgment is entered for Plaintiff as follows.

Defendants ERS and ORIC are jointly and severally liable for $3,301,134.75 in damages and attorney's fees and costs to Plaintiff Exxon. Pre-judgment interest shall be calculated at 5% per annum in simple interest, and post-judgment interest shall be calculated at 0.18% per annum, compounded annually. *See Myriad Dev., Inc. v. Alltech, Inc.*, 817 F.Supp.2d 946, 989 (W.D.Tex. 2011)(citing TEX.FIN.CODE § 304.003; 28 U.S.C. § 1961).

This is a **FINAL JUDGMENT**.

The Clerk shall enter this Order and provide a copy to all parties.

Signed this 22 day of June, 2012, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE