UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EXXONMOBIL CORPORATION | § | |
| | § | |
| VS. | § | CASE NO. 4:10cv02258 |
| | § | |
| ELECTRICAL RELIABILITY SERVICES, INC. and OLD REPUBLIC INSURANCE COMPANY | § § § | |

### ELECTRICAL RELIABILITY SERVICES, INC.'S NOTICE OF APPEAL

Notice of hereby given that Defendant Electrical Reliability Services, Inc., in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 22nd day of June, 2012 (Doc. #98).

Dated this 10th day of July, 2012.

MOORE LANDREY, LLP

By: */s/Ethan Shaw*
TBA No. 18140480
#14819 (U.S.D.C. S.D. Tex)
1609 Shoal Creek Blvd., Suite 100
Austin, TX 78701
512-499-8900 (telephone)
512-320-8906 (facsimile)

SNELL & WILMER L.L.P.

By: */s/Timothy G. O'Neill*
Timothy G. O'Neill, #17311 (Colorado)
#18694 (U.S.D.C. S.D. Tex)
1200 Seventeenth Street, Suite 1900
Denver, CO 80202
303-634-2000 (telephone)
303-634-2020 (facsimile)

Attorneys for Defendant
Electric Reliability Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that, on this 10th day of July 2012, a true and correct copy of the foregoing was served via ECF filing system on the following:

Glenn R. Legge, Esq.
Michael J. Wray, Esq.
Susan H. Swanson, Esq.
Legge, Farrow, Kimmitt, McGrath & Brown, L.L.P.
6363 Woodway, Suite 400
Houston, TX 77057
Attorneys for Plaintiff ExxonMobil Corporation

Brett L. Myers
Robert J. Palmer
David, Goodman & Madole, P.C.
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas, TX 75240
Attorneys for Defendant Old Republic Insurance Company

*/s/ Ethan L. Shaw*
ETHAN L. SHAW