United States District Court
Southern District of Texas

**ENTERED**

January 15, 2016

David J. Bradley, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| EXXONMOBILE CORP. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 4:10-CV-2258 |
| | § | |
| ELECTRICAL RELIABILITY | § | |
| SERVICES, INC., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Defendants' Motion to Stay Enforcement of Judgment

pending appeal. (Instrument No. 133). Defendants' Motion is GRANTED. (Instrument No. 133).

This order is conditioned upon the posting of a supersedeas bond in the amount of

$3,670,359.57.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the _____ day of January, 2016, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**